**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| JORDAN BUDAI, ANDREA SCIOLA, AND ASHLEY GENNOCK, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED, | : No. 151 WAL 2023 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| Petitioners | : |
| | : |
| v. | : |
| | : |
| COUNTRY FAIR, INC., | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.